UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MY H. NGUYEN, | ) | Case No. 06-CV-1226-BEN (JMA) |
| Plaintiff, | ) | **ORDER CONTINUING TELEPHONIC** |
| | ) | **CASE MANAGEMENT CONFERENCE** |
| v. | ) | |
| DR. DONALD C. WINTER, | ) | |
| SECRETARY, DEPARTMENT OF THE | ) | |
| NAVY, AGENCY, | ) | |
| Defendants. | ) | |
| | ) | |

The telephonic Case Management Conference, set to be held on **March 23, 2007,** will be held at **2:30 p.m.** and not 9:30 a.m., as previously scheduled.  Counsel shall appear telephonically at this conference, and the Court will initiate the conference call.

**IT IS SO ORDERED.**

DATED:  March 14, 2007

Jan M. Adler
U.S. Magistrate Judge

06cv1226