UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MY H. NGUYEN, | ) | Case No. 06-CV-1226-BEN (JMA) |
| Plaintiff, | ) | **ORDER RE TELEPHONIC CASE** |
| | ) | **MANAGEMENT CONFERENCES** |
| v. | ) | |
| DR. DONALD C. WINTER,<br>SECRETARY, DEPARTMENT OF THE<br>NAVY, AGENCY, | ) | |
| Defendants. | ) | |

A telephonic Case Management Conference was held on June 20, 2007 at 9:30 a.m.

**IT IS HEREBY ORDERED** that a telephonic Case Management Conference shall be held on **October 16, 2007** at **9:30 a.m.** All counsel and unrepresented parties shall appear telephonically at this conference. The Court will initiate the conference call.

**IT IS SO ORDERED.**

DATED:  June 20, 2007

Jan M. Adler
U.S. Magistrate Judge

06cv1226