UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

MY H. NGUYEN,                          ) Case No. 06-CV-1226-BEN (JMA)
                                       )
                    Plaintiff,         ) ORDER RE JOINT MOTION TO
                                       )  CONTINUE PRETRIAL DATES
v.                                     )
                                       ) Hon. Jan M. Adler
DR. DONALD C. WINTER, SECRETARY,       )
DEPARTMENT OF THE NAVY, AGENCY,        )
                                       )
                    Defendants,        )
_____)

///

///

///

///

///

///

///

///

///

///

///

///

1

Upon the joint motion of the parties to the above-captioned matter, and for good cause shown, the parties' Joint Motion to Continue Pretrial Dates is granted. The following pretrial events are continued to the dates indicated:

| Event | Current Date | New Date |
|---|---|---|
| Plaintiff serves list of experts | June 29, 2007 | August 13, 2007 |
| Defendant serves list of experts | July 17, 2007 | August 31, 2007 |
| Supplemental designation | July 27, 2007 | September 10, 2007 |
| Rule 26(a)(2) disclosures | October 5, 2007 | October 12, 2007 |
| Contradictory/Rebuttal information | November 2, 2007 | November 9, 2007 |

DATE:  August 9, 2007

**Jan M. Adler**
**United States Magistrate Judge**

2